JS-6

FILED
CLERK, U.S. DISTRICT COURT

July 31, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: TS  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TROY HOPKINS, | Case No. ED CV 14-0657-DFM |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

Dated: July 31, 2015

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge